# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.  NO.  4:20-CR-00301-LPR

CHRISTOPHER TYRONE WHITE, JR.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the CUMMINS UNIT and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of CHRISTOPHER TYRONE WHITE, JR. #166424 detained in the CUMMINS UNIT, GRADY, AR in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on November 13, 2020 at 1:00PM, before the Honorable Beth Deere, and after the proceedings have been concluded, that you return CHRISTOPHER TYRONE WHITE, JR. to CUMMINS UNIT under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 13 October 2020.

_____
UNITED STATES MAGISTRATE JUDGE