FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 3 2020

JAMES W. McCORMACK, CLERK
By: /s/ Amanda
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                            CASE NO. 4:20-CR-301-LPR-1

CHRISTOPHER TYRONE WHITE, JR.                                              DEFENDANT

## ORDER

The United States must turn over to the defense all exculpatory evidence—that is evidence that favors the defendant or casts doubt on the government's case. See *Brady v. Maryland*, 373 U.S. 83 (1963) and cases applying this precedent. If the government fails to produce exculpatory evidence to the defense in a timely manner, the Court may take certain steps: excluding certain evidence; giving adverse jury instructions; dismissing charges; holding government lawyers in contempt; or imposing other appropriate sanctions.

SO ORDERED, this 13th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE